IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                     CASE NO. 20-12114-RAM

LUIS DIAZ &
OLEYDIS SARDINAS                                      CHAPTER 13

     Debtors,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Agreed Order to Employer to Deduct & Remit & for Related Matters, D.E# 33 was served on this 23rd day of March 2020 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

                         CORONA LAW FIRM, P.A.

                         /s/ Ricardo Corona, Esq.
                         RICARDO CORONA, ESQ.
                         Florida Bar No.: 111333
                         3899 NW 7 Street, Suite 202-B
                         Miami, FL  33126
                         Tel: (305) 547-1234
                         Fax: (888) 554-5607
                         e-mail:  bk@coronapa.com

**Mailing Matrix**
**Case No: 20-12114-RAM**

**Sent by Electronic Means**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent by Electronic Means**
**Nancy K. Neidich, Chapter 13 Trustee**
P.O. Box 279806
Miramar, FL 33027

**Sent via U.S. Mail**
**Luis Diaz & Oleydis Sardinas**
999 West 66 Street
Hialeah, FL 33012

**Sent via U.S. Certified Mail**
**Miami Dade College**
Attn: Payroll Department
11011 SW 104th Street
Miami, FL 33176-3393